IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GREGORY BUMSTEAD            PLAINTIFF

V.         CASE NO. 5:15-CV-5180

NURSE ANDREW PIAZZA, Washington
County Detention Center            DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on September 29, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion to Dismiss (Doc. 7) is **GRANTED** as to Defendant Nurse Andrew Piazza. The official capacity claims and the discrimination claims against this Defendant are dismissed. However, the individual capacity claim concerning the denial of medical care claim remains.

**IT IS SO ORDERED** on this 14th day of January, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE